**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) ___Paul Zankovich___ Case No. ___16 B 34834___ Chapter __13__

All Cases: Moving Creditor ___Dominions Patio Homes Condo Assn No 1___ Date Case Filed ___October 31, 2016___

Nature of Relief Saught: **XX** Lift Stay    Annul Stay    **XX** Other (describe) ___Dismiss___

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed ___April 7, 2017___

Chapter 7:    No-Asset Report Filed on _____
              No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral

    a. **XX** Home ___353 Dominion Drive, Wood Dale, Illinois___
    b. Car   Year, Make and Model _____
    c. Other (describe) _____

2. Balance Owed as of Petition Date $___0.00___ Includes Fees and Costs.
   Total of all other Liens against Collateral $___106,131.00___ Per Debtor(s) Schedule D.

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $___277,203.00___ Per Debtor(s) Schedule A

5. Default

    a. **XX** Pre-Petition Default
       Number of months ___0+___ Amount $ ___0.00___

    b. **XX** Post-Petition Default

        i. **XX** On direct payments to the moving creditor
           Number of months ___5+___ Amount $ ___2,769.00___
        ii. On payments to the Standing Chapter 13 Trustee
            Number of months _____ Amount $ _____

6. Other Allegations

    a. Lack of Adequate Protection § 362(d)(1)
       i.   No insurance
       ii.  Taxes unpaid    Amount $ _____
       iii. Rapidly depreciating asset
       iv.  **XX** Other (describe) ___Failure to pay association assessments, fees, and costs___

    b. No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

    c. Other "Cause" § 362(d)(1)
       i.   Bad Faith _____
       ii.  Multiple filings _____
       iii. Other (describe) _____

    d. Debtor's Statement of Intention regarding the collateral
       i. Reaffirm   ii. Redeem   iii. Surrender   iv. No Statement of Intention Filed

Date: May 1, 2020          /s/ Ronald J. Kapustka
                           Counsel for Movant

(Rev. 12/21/09)

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

iManage\CDOM002\61001\4260618.v1-5/1/20